UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

RICHARD M. TEXTOR and M. JEANNE TEXTOR,

   *Plaintiff*,

v.

CURTIS WILLIAMSON, *et al.*,

   *Defendants*.

Case No. 4:07-cv-44

Judge Mattice

## **JUDGMENT**

This case came before the Court on Defendants' motions for summary judgment. The Honorable Harry S. Mattice, Jr., United States District Judge, having rendered a decision,

   it is **ORDERED and ADJUDGED**:

that plaintiffs Richard M. Textor and Jeanne Textor take nothing and that the action be **DISMISSED WITH PREJUDICE** as to the plaintiffs' claims under the Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. §§ 1961-1968, and be **DISMISSED WITHOUT PREJUDICE** as to all other of the plaintiffs' claims, and that each party shall bear its own costs.

Dated at *Chattanooga*, *Tennessee*, this 4th day of August, 2008.

                                      */s/ Patricia L. McNutt*
                                    PATRICIA L. McNUTT
                                    CLERK OF COURT